# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

RONALD BAILEY,

      Plaintiff,

      vs.

FORD MOTOR COMPANY; NORTH BAY FORD, and DOES 1 through 10, inclusive,

      Defendants.

Case No. 5:25-cv-03235-NW

Hon. Noel Wise

**[PROPOSED] ORDER**

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. Plaintiff RONALD BAILEY ("Plaintiff") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $9,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

2. Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $9,000.00 to resolve attorneys' fees, costs, and expenses.

3. Payment is to be made to counsel for Plaintiff by April 13, 2026. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

      **IT IS SO ORDERED.**

Date: _____February 19, 2026_____

Hon. Noel Wise
District Court Judge

1

**[PROPOSED] ORDER**